**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01457-CR

### JACKIE DON MARTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2015-1-0882**

## ORDER
Before Justices Fillmore, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** as moot court reporter Misty

Skinner's December 21, 2015 request for an extension of time to file the reporter's record.

/s/    ROBERT M. FILLMORE
        JUSTICE